82,556-01,02

Mr. _____                                    2-3-15

        Abel Acosta Sir I am Tedrick D Moyan # 1935097
My Writs were received and presented in your courts on 12/9/14
~~under~~ under Tr. Ct No W-24035-B-1  WR-82,556-02 and
I know this process takes time Sir, but I was just
wondering if I could find out any legal information
concerning my Writs. I understand that once a decision
is made your office will notify ᵃʳᵉ of that ~~decision~~ decision.
Is it a certain process that my Writs must go thrue, ~~and~~
and if so are you ~~allowed~~ allowed to release that process
to the applicant? If so I would like to know. If
not, then I will have to wait Thanks for Your Time
& Efforts Mr. Abel Acosta and God Bless You.


        - Requestings -
Requesting for any information                    Sincerely True
you can give me concerning my                     Mr. Tedrick D Moyan
Writs.                                            # 1935097
                                                  John Middleton Unit
RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk
                                                  13055 F.M. ~~3505~~ 3522
                                                  Abilene Tx 79601